```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                      TEXARKANA DIVISION
```

SHRODDRIC DURELL MITCHELL                                   PLAINTIFF

        v.                Civil No. 09-4071

CHARLES NEFF, Administrator,
Miller County Detention Center;
MAJOR GARY TURNER, Miller
County Detention Center; and
FORMER SGT. CAROLYN BALLARD                                 DEFENDANTS

## O R D E R

Now on this 14th day of June, 2010, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #21), and **Separate Plaintiff [sic] Answer To Report And Recommendation of The Magistrate Judge** (document #22).

The Magistrate Judge reports that all efforts to locate defendant Carolyn Ballard have failed, and recommends that plaintiff's claims against her be dismissed.

Plaintiff responds that Ballard is a witness in his case, and agrees that his claims against her should be dismissed.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims against separate defendant Carolyn Ballard are **dismissed without prejudice**.

**IT IS FURTHER ORDERED** that this matter is **remanded** to the

Magistrate Judge for further proceedings.

**IT IS SO ORDERED.**

                                        /s/ Jimm Larry Hendren
                                        **JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**