```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 TEXARKANA DIVISION
```

SHRODDRIC DURELL MITCHELL                                    PLAINTIFF

v.                      Case No. 4:09-CV-04071

CHARLES NEFF, Administrator,
Miller County Detention Center;
and MAJOR GARY TURNER, Miller
County Detention Center                                      DEFENDANTS

## O R D E R

On this 10th day of March 2011, there comes on for consideration the Report and Recommendation (Doc. 34) filed in this case on February 18, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. Also before the Court are Defendants' objections. (Doc. 35).

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: Petitioner's objections offer neither law nor fact requiring departure from the Report and Recommendation. The Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.

Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Defendants' Motion for Summary Judgment (Doc. 27) is **GRANTED IN PART AND DENIED IN PART**. The Motion is GRANTED as to Mitchell's claims stemming from a failure on the part of Defendants to bring criminal charges against the inmates who attacked him. In all other respects the Motion is hereby DENIED.

IT IS SO ORDERED this 10th day of March 2011.

                                                                  /s/ Paul K. Holmes, III  
                                                                  Paul K. Holmes, III  
                                                                  United States District Judge