IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SHRODDRIC DURELL MITCHELL                                                                           PLAINTIFF

V.                                      CASE NO. 4:09-cv-04071

CHARLES NEFF, Administrator,
Miller County Detention Center; and
MAJOR GARY TURNER, Miller
County Detention Center                                                                            DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 30, 2012 by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 59). Judge Setser recommends entering judgment for the Plaintiff against Major Turner in his individual and official capacities for $5,000, plus $350 for Plaintiff's filing fee. Judge Setser also recommends dismissing with prejudice Plaintiff's claims against Administrator Neff. No one has objected to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 59) in its entirety. A judgment consistent with this Order will be entered separately.

IT IS SO ORDERED, this 27th day of June, 2012.

                                                        /s/ Susan O. Hickey
                                                        Hon. Susan O. Hickey
                                                        United States District Judge