IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SHRODDRIC DURELL MITCHELL                                           PLAINTIFF

V.                              CASE NO. 4:09-CV-04071

CHARLES NEFF, Administrator,
Miller County Detention Center; and
MAJOR GARY TURNER, Miller
County Detention Center                                             DEFENDANTS

## JUDGMENT

By separate order, the Court has adopted Magistrate Judge Setser's Report and Recommendation. (ECF No. 59). Consistent with that order, the Court enters **JUDGEMENT FOR PLAINTIFF AGAINST MAJOR TURNER** in his individual and official capacities for $5,000, plus $350 for Plaintiff's filing fee. Plaintiff's claims against Administrator Neff are **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, this 27th day of June, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge